

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2022

No. 04-22-00184-CV

**IN THE INTEREST OF J.A.R.R., ET AL., CHILDREN**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01005
Honorable Kimberly Burley, Judge Presiding

# O R D E R

On April 4, 2022, appellants, C.R. and M.R., filed notices of appeal stating they were appealing an Associate Judge's Report and Order terminating their parental rights to their three children. A review of the clerk's record shows the Associate Judge's Report and Order was signed on February 26, 2022. Accordingly, the notices of appeal were due by March 18, 2022 or motions for extension of time to file the notices of appeal were due by April 4, 2022. *See* TEX. R. APP. P. 26.1(b), 26.3. However, the clerk's record did not contain any motions for extension of time making the notices of appeal untimely filed, but filed within the fifteen-day grace period provided by Rule 26.2. *See Verurgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Because the notices of appeal were untimely filed, we ordered appellants to file responses by May 2, 2022 with reasonable explanations for failing to file their notices of appeal in a timely manner.

On April 26, 2022, M.R. filed a response stating the trial attorney prematurely filed his notice of appeal on April 4, 2022 because the final order of termination was signed on April 21, 2022. He states the Associate Judge's Report and Order signed on February 26, 2022 is not a final order, and therefore, the appellate timelines should not be calculated from that date.

"In a parental termination appeal, an associate judge's memorandum report and order can constitute a final, appealable order if it is signed after a trial on the merits, contains the findings necessary for termination, and indicates the parties were notified of the ruling and their right to appeal." *Interest re R.R.*, No. 04-21-00107-CV, 2021 WL 1759865, at *1 (Tex. App.—San Antonio May 5, 2021, no pet.) (mem. op.) (citing *In re A.W.*, 384 S.W.3d 872, 873–74 (Tex. App.—San Antonio 2012, no pet.)). Here, the Associate Judge's Report and Order signed on February 26, 2022 meets these criteria, and there is nothing in the report suggesting it is not a final judgment. *See A.W.*, 384 S.W.3d at 873–74 (concluding Associate Judge's Report was final order); *see also R.R.*, 2021 WL 1759865, at *1 (indicating we examine the record to determine trial court's intent *only if* memorandum order does not "clearly, unequivocally, and unmistakably" indicate it is not a final judgment). We therefore conclude the Associate Judge's Report and Order signed on February 26, 2022 is a final, appealable order.

Accordingly, because M.R.'s notice of appeal was untimely filed, but filed within the fifteen-day grace period, we **order** M.R. to file a response with a reasonable explanation for failing to file his notice of appeal in a timely manner **by May 2, 2022**.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2022.

MICHAEL A. CRUZ, Clerk of Court